UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |

This Document Relates to Plaintiff(s):

John H. Morris

Case No. 1:18-cv-02552-JMS-DLP

## MOTION TO AMEND CAPTION AND COMPLAINT

Plaintiffs file this memorandum in support of Plaintiffs' Motion to Amend Case Caption and the Complaint because the caption in this matter no longer accurately reflects the parties to this litigation. The Plaintiff, John H. Morris has passed away and the case is not being handled by the proposed administrator of his Estate, Bernadette Morris. Accordingly, the caption for this case should be amended to reflect the following: John H. Morris, represented by the proposed Administrator of his Estate, Bernadette Morris. Due to Bernadette Morris' involvement as the proposed administrator, Plaintiff also respectfully requests the court to allow amendment of the Short Form Complaint to reflect this change.

## ARGUMENT

Federal Rule of Civil Procedure 10 states that "every pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint must name all the parties." Fed. R. Civ. P. 10(a) (emphasis added). The original Complaint in this matter, pursuant to Rule 10(a), named the Plaintiff as: John H. Morris.

Since the filing of the complaint, Plaintiff's counsel was notified by Plaintiff's spouse and the current proposed administrator of her estate, Bernadette Morris, that the Plaintiff had passed

away on April 11, 2018. Bernadette Morris informed Plaintiff's counsel that she intends on proceeding with this ligation in his absence and was working on obtaining letters of administration to be formally declared the administrator of Plaintiff's estate.

Pursuant to Federal Rules of Civil Procedure 15, leave to amend shall be "freely" given "when justice so requires." Fed. R. Civ. P. 15(a)(2). In this case, the Plaintiff had passed away and it would in the interest of "justice" to allow an amendment of the short form complaint to reflect that Plaintiff's case is now being handled by the proposed administrator of his estate. (*See* Exhibit 1). Due to this change, Plaintiff would be required to name Bernadette Morris in section 4 and check off Survival Claim in section 14 of the Short Form Complaint. Furthermore, due to the death of her husband due to issues possibility caused by his malfunctioning IVC filter, a loss of consortium claim has been entered as well on behalf of Bernadette Morris. As of this day, Defendant has not served their Defendant Profile Form. Therefore, there would not be any undue delay or prejudice due to this amendment. Plaintiff has served Defendant a completed Plaintiff Profile Sheet that reflects the changes and proposed administration noted above.

**WHEREFORE** for the foregoing reasons, Plaintiffs respectfully request that this Court enter an Order:

1. Granting this motion for leave to file an amended caption;
2. Instructing the Clerk to file Plaintiff's Proposed Amended Complaint with corrected Caption attached to this motion as Exhibit 1; and
3. Granting such other and further relief as the Court deems just and proper.

Dated: January 3, 2019  Respectfully submitted,

/s/ Debra J. Humphrey
Debra J. Humphrey
MARC J. BERN & PARTNERS LLP
One Grand Central Place

          60 East 42nd Street, Suite 950
          New York, New York 10165
          dhumphrey@bernllp.com
          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing was filed with the Court on January 3, 2019 through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Debra J. Humphrey
Debra J. Humphrey
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiff*